January 30, 1968.

M. P. No. 246. BERNARD J. WARD *v.* MARY AVERY BRAMAN WARD. Motion of respondent to modify Order of September 27, 1967, to the extent she be permitted to file motion to have visitation rights of petitioner reviewed and redetermined is granted. *Kirshenbaum & Kirshenbaum,* for petitioner. *Corcoran, Peckham & Hayes, Patrick O'N. Hayes,* for respondent.

M. P. No. 251. WINIFRED WILKINSON *v.* PETER HARRINGTON. PETER J. O'CONNELL, *Administrator v.* PETER HARRINGTON. WINIFRED WILKINSON *v.* JOHN M. VESEY. PETER J. O'CONNELL, *Administrator v.* JOHN M. VESEY. WINIFRED WILKINSON *v.* RUSSELL R. HUNT. PETER J. O'CONNELL, *Administrator v.* RUSSELL R. HUNT. Motions of respondents to quash writ of certiorari and to argue orally are denied. *Aisenberg, Decof & Dworkin, Leonard Decof, John H. Hines, Jr.,* for petitioners. *Gunning & Lafazia, V. James Santaniello,* for John M. Vesey and Russell R. Hunt. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley,* for Peter Harrington, respondents.

M. P. No. 330. WARREN VINCENT PICILLO *v.* SUPERIOR COURT FOR KENT COUNTY. Treating petition for writ of habeas corpus as a petition for writ of certiorari, motion of petitioner for leave to file same is granted and proceedings in Superior Court to execute sentence are stayed until further order. of court. *Joseph D. Accardi, Pasquale T. Annarummo,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

M. P. No. 346. VINCENT R. BROWN *v.* HAROLD V. LANGLOIS, *Warden.* Petition for writ of habeas corpus denied. *Vincent R. Brown,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

February 6, 1968.

M. P. No. 330. WARREN VINCENT PICILLO *v.* SUPERIOR COURT FOR KENT COUNTY. Entitlement amended to read State v. War-

ren V. Picillo. *Joseph D. Accardi, Pasquale A. Annarummo,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

February 13, 1968.

M. P. No. 237. WILLIAM A. BURKE *v.* HAROLD V. LANGLOIS. Petition for writ of habeas corpus granted. Entitlement of case amended. *William A. Burke,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, for respondent.

M. P. No. 350. MICKEY MARC PAGE *v.* HAROLD V. LANGLOIS. Petition for writ of habeas corpus denied. *Mickey Marc Page,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, for respondent.

M. P. No. 352. BENNY'S, INC. *v.* LEO J. BURNS, *alias.* Petition for leave to file petition for writ of certiorari denied without prejudice to right of plaintiff to raise issue presented in Superior Court pursuant to Rule 73, R.C.P. *Martin M. Zucker,* for plaintiff. *Israel Moses,* for defendant.

APPEALS NOS. 197, 198, 199, 200. JOHN E. BRADSHAW *v.* ROBERT J. CAMPBELL. LOIS E. BRADSHAW *v.* ROBERT J. CAMPBELL. LOIS E. BRADSHAW *v.* IRENE M. CAMPBELL. JOHN E. BRADSHAW *v.* IRENE M. CAMPBELL. Motion of appellees for leave to file petition for reargument denied. *Howard R. Haronian,* for plaintiffs-appellees. *Martin M. Zucker,* for defendants-appellants.

APPEAL No. 309. THE ATLANTIC REFINING Co. *v.* DIRECTOR OF PUBLIC WORKS. Motion of petitioner to dismiss appeal of defendant denied. *Letts & Quinn, Andrew P. Quinn, Daniel J. Murray, Jerome B. Spunt,* for petitioner. *Arthur N. Votolato, Jr.,* Special Counsel, *Alexander G. Teitz,* Assistant Counsel, for respondent.

APPEAL No. 310. ROBERT COLVIN *v.* EARL GOLDENBERG, *alias.* Motion of plaintiff to dismiss defendant's appeal granted with-